**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | March 23, 2016 | Probation: | Michelle Means |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Janet Coppock | | |

Criminal Case No:  **12-cr-00045-WYD**         Counsel:

UNITED STATES OF AMERICA,                     Susan "Zeke" Knox

       Plaintiff,

v.

**1.  MATTHEW SMITH, a/k/a Unc, a/k/a**         Peter R. Bornstein
**Uncle Matt, a/k/a Matt Matt**,

       Defendant.

## SENTENCING

**11:26 a.m.**     Court in Session - Defendant present, in-custody.

> **Change of Plea Hearing - June 6, 2013, at 4:00 p.m.**
> **Plea of Guilty - Count One of Indictment.**

       APPEARANCES OF COUNSEL.

       Court's opening remarks.

11:27 a.m.     Statement on behalf of Defendant and oral motion to continue sentencing (Mr. Bornstein).

**ORDERED:**     Defendant's oral motion to continue sentencing hearing is **DENIED.**

11:30 a.m.     Statement on behalf of Government (Ms. Knox).

| | |
|---|---|
| 11:31 a.m. | Statement and argument on behalf of Government (Ms. Knox). |
| 11:50 a.m. | Statement and argument on behalf of Defendant (Mr. Bornstein). |
| 12:08 p.m. | Statement on behalf of Defendant by Pastor Leon Emerson. |
| 12:12 p.m. | Statement by Defendant on his own behalf (Mr. Smith). |
| 12:24 p.m. | Statement on behalf of Probation (Ms. Means). |
| 12:27 p.m. | Statement on behalf of Defendant (Mr. Bornstein). |

Court makes findings.

**ORDERED:** Government's § 5K1.1 and Title 18 U.S.C. § Motion for Downward Departure Based on Substantial Assistance [ECF Doc. No. 1305], filed March 9, 2016, is **GRANTED.**

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [ECF Doc. No. 1302], filed March 9, 2016, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:** Defendant be **imprisoned** for **80** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) Defendant shall not unlawfully possess a controlled substance.

|  |  |
|---|---|
| (X) | The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance. |
| (X) | The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer. |

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

1. The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

2. The defendant shall submit his person, property, house, residence, papers, or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** The Court finds that the defendant does not have the ability to pay a fine, so the Court will waive the fine in this case.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Government's Motion to Dismiss Specific Counts of the Indictment as to Defendant Matthew Smith [ECF Doc. No. 1303], filed March 9, 2016, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:**     Defendant is **REMANDED** to the custody of the U.S. Marshal.

**12:38 p.m.**     Court in Recess - HEARING CONCLUDED.

**TOTAL TIME: 1:12**